JOHN KOLACKI, as Administrator of the Estate of MICHAEL KOLACKI, Deceased, Appellant, *v.* AMERICAN SUGAR REFINING COMPANY, Respondent.

*Kolacki* v. *American Sugar Refining Co.*, 173 App. Div. 942, affirmed. (Submitted June 12, 1918; decided July 12, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action under the Employers' Liability Act to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his

employer. The intestate entered an elevator well in one of defendant's buildings to pick up some bags which had fallen therein. The elevator descended, struck him and caused injuries resulting in his death. It was contended that defendant was negligent in not properly guarding the elevator well and in failing to provide a warning when the elevator was about to descend. The Appellate Division reversed a judgment in favor of plaintiff on the ground that the proof showed that the decedent knew of the well and of its use, and that he entered it without making any provision for protection against the elevator as it descended.

*Vine H. Smith* for appellant.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.